UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60073-CIV-SMITH

LEROY LYNCH,

      Plaintiff,

v.

NATIONWIDE HAUL TRUCK & TRAILER REPAIR, INC.,

      Defendant.

_____/

**ORDER OF FINAL DISMISSAL**

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice [DE 11]. Upon consideration, it is hereby:

**ORDERED that:**

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 9th day of February, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record